UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FAULTRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SAECHAO, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-1850 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extended time "to properly prepare a logical rebuttal to defendants' summary judgment motion." ECF No. 37.  Plaintiff previously filed a response to defendant's motion.  ECF No. 28.  On May 15, 2020, this court issued findings and recommendations addressing defendants' motion for summary judgment.  ECF No. 35.  Therefore, the court construes plaintiff's instant motion as a request for extended time to file objections to the findings and recommendations.  Plaintiff has demonstrated good cause for additional time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No 37, is granted; and

////

////

////

2.  Plaintiff shall file and serve his objections to the pending findings and recommendations on or before July 3, 2020.

DATED: June 2, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE