1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES FAULTRY,                          No.  2:18-cv-1850 KJM AC

12            Plaintiff,

13      v.                                      ORDER

14   J. SAECHAO, et al.,

15            Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 15, 2020, the magistrate judge filed findings and recommendations, which were

21   served on all parties and which contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within twenty-one days.  ECF No. 35.  Neither party has

23   filed objections to the findings and recommendations.  Plaintiff has filed a motion to dismiss his

24   claims against defendant Shirley, ECF No. 39, which is unopposed; the court does not construe

25   that motion as objections but rather grants it here.

26        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

27   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

28   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

1

by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be

supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 15, 2020, are adopted in full;

2.  Defendants' motion for partial summary judgment seeking dismissal of plaintiff's state

law battery claim against defendant Saechao, ECF No. 25, is GRANTED;

3.  Plaintiff's motion to dismiss his claims against defendant Shirley, ECF No. 39, is also

GRANTED;

4.  Defendant Shirley is dismissed from this action without prejudice;

5.  This action now proceeds only on plaintiff's federal claims for excessive force and

retaliation against defendant Saechao; and

6.  This matter is referred back to the assigned magistrate judge for all further pretrial

proceedings.

DATED:  September 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE