UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FAULTRY,<br><br>              Plaintiff,<br><br>     v.<br><br>J. SAECHAO, et al.,<br><br>              Defendants. | No.  2:18-cv-1850 KJM AC P<br><br><br>ORDER |

     Plaintiff is a state prisoner incarcerated at California State Prison Sacramento under the authority of the California Department of Corrections and Rehabilitation.  Plaintiff proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983 on claims of excessive force and retaliation against sole remaining defendant Correctional Officer J. Saechao.  Following the district judge's order filed October 1, 2020, see ECF No. 40, the parties must now prepare this case for trial notwithstanding any delays attributable to the ongoing COVID-19 health crisis.  This order (1) directs the parties to cooperate in the preparation of a Joint Pretrial Statement, which shall be filed by defendant's counsel, and (2) schedules a status conference before the district judge to set the trial date.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall cooperate in the preparation of a Joint Pretrial Statement that provides the estimated length of trial and fully addresses each of the matters set forth in Local Rule 281(b) (no exhibits shall be provided at this time);

2. Defendants' counsel shall file and serve the parties' Joint Pretrial Statement on or before Friday, November 20, 2020; and

3. A "status conference re: trial setting" shall be held before Chief District Judge Kimberly J. Mueller on Friday, February 12, 2021, at 10:00 AM.

IT IS SO ORDERED.

DATED: October 5, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE