UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. FAULTRY,<br><br>  Plaintiff,<br><br>  v.<br><br>J. SAECHAO, et al.,<br><br>  Defendants. | No. 2:18-cv-1850 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed October 6, 2020, the parties were ordered to prepare a joint pretrial statement that defendant's counsel was to file on or before November 20, 2020.  ECF No. 42. Defendant requested and was granted an extension of the deadline to December 30, 2020.  ECF No. 48.  Counsel for defendant has now filed the statement, which lacks input from plaintiff, and explains that plaintiff's positions are missing because counsel has yet to receive plaintiff's input on the joint statement.  ECF No. 50-1 at 2.  Counsel further explains that the joint statement was filed after the deadline because he waited a few extra days in case plaintiff's response was delayed.  Id.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the filing of this order, plaintiff shall separately file his portion of the joint pretrial statement.  Failure to comply may result in the imposition of

1

appropriate sanctions, up to dismissal of this action based on the degree of plaintiff's noncompliance.

    2. In the event counsel for defendant receives plaintiff's comments on the joint pretrial statement before plaintiff files them, counsel shall promptly file the comments with the court.

DATED: January 5, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE