UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. FAULTRY, | No. 2:18-cv-1850 KJM AC P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| J. SAECHAO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Wesley M. Griffith and Kirsten H. Spira have been selected from the court's pro bono attorney panel to represent plaintiff and they have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Wesley M. Griffith and Kirsten H. Spira are appointed as plaintiff's counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on Wesley M. Griffith and Kirsten H. Spira, Jenner & Block LLP, 633 W. 5th St., Suite 360, Los Angeles, CA 90071.

4. A Status Conference re: Trial Setting is set before Chief District Judge Kimberly J. Mueller on February 19, 2021 at 10:00 a.m.

DATED: January 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE