UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles B. Faultry, | No. 2:18-cv-01850-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| J. Saechao, | |
| Defendant. | |

All remaining parties have consented to the jurisdiction of a United States Magistrate Judge in this action. *See* ECF Nos. 56, 57. This action is thus referred for all purposes, including trial, to the assigned Magistrate Judge under 28 U.S.C. § 636(c)(1). Henceforth, the caption on documents filed in this case shall be shown as: 2:18-cv-01850 AC. All other dates and deadlines except the March 19, 2021 settlement conference are vacated, to be reset by the assigned Magistrate Judge.

   IT IS SO ORDERED.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1