UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES FAULTRY,<br><br>               Plaintiff,<br><br>  v.<br><br>J. SAECHAO, et al.,<br><br>               Defendants. | Case No. 2:18-cv-1850 AC P<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge: The Honorable Allison Claire<br>Action Filed: June 28, 2018<br>Trial Date: November 1, 2021 |

      Benjamin Maz Atha, CDCR #AP7522, a material witness in the above captioned matter, is confined in California Medical Facility (CMF), California state prison, in the custody of the Warden. The undersigned has granted Plaintiff's request to allow Plaintiff's counsel to interview CDCR inmate Benjamin Maz Atha, CDCR #AP7522. ECF No. 72. In order to secure inmate Atha's attendance to Plaintiff's counsel's interview, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Plaintiff's counsel in the above captioned matter, by Zoom videoconference from his place of confinement on Tuesday, June 8, 2021, at 9:00 a.m. (PST), unless otherwise mutually agreed between Plaintiff's counsel and CMF for a different date and/or time.

////

1
[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

In light of the foregoing circumstances and good cause appearing, IT IS THEREFORE ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in Plaintiff's counsel's confidential legal interview at the time and place above, for up to four (4) hours, unless otherwise mutually agreed between Plaintiff's counsel and CMF for a different date and/or time.
2. Zoom video conference connection information and a point of contact should connection issues arise will be supplied separately by Plaintiff's counsel.
3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.
4. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at California Medical Facility at (707) 469-6006 or via email.
5. Any difficulties connecting to the Zoom video conference shall immediately be reported to the point of contact identified by Plaintiff's counsel.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, P.O. Box 2237, Vacaville, CA 95696-2237:**

**WE COMMAND** you to produce the inmate named above to participate in a confidential legal witness interview before Plaintiff's counsel in the above captioned matter, at the time and place noted above, by Zoom video conference, for up to four (4) hours, unless otherwise mutually agreed between Plaintiff's counsel and CMF for a different date and/or time.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmate and May 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM