UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. FAULTRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SAECHAO, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-1850 AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  The parties have filed a notice in accordance with Local Rule 160(a) in which they state that they have reached a settlement in principle and are in the process of finalizing the settlement agreement.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.  The parties shall file dispositional documents within twenty-one days of the date of the notice of settlement, absent a showing of good cause.  See L.R. 160(b).

　　　2.  All dates, including the October 6, 2021 pretrial conference and November 1, 2021 trial, are VACATED.

DATED:  September 16, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE